**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 497 MAL 2019

          Respondent         :

                                :   Petition for Allowance of Appeal

                                :   from the Order of the Superior Court

          v.                  :

                                :

GARTOR KIKI BROWN,            :

                                :

          Petitioner           :

## ORDER

**PER CURIAM**

      **AND NOW**, this 11th day of February, 2020, the Petition for Allowance of Appeal is **DENIED**.